FORM 9 (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

In the matter of:

GRAY, CHANDRA L.

Case No. 08-12483 JPH

Chapter 7

Judge HOPKINS, JEFFERY P

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $7.81 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
| --- | --- | --- |
| Time Warner Cable<br>11252 Cornell Park Drive<br>Cincinnati, OH 45242-1812 | 5 | 3.47 |
| Mercy Health Partners<br>4600 McAuley Place 5th Fl<br>Cincinnati, OH 45242 | 15 | 4.34 |